# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2589

_____

Paul Soare,

*Plaintiff - Appellant*,

v.

Barbara Schrock,

*Defendant - Appellee*.

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: August 1, 2018
Filed: August 6, 2018
[Unpublished]

_____

Before LOKEN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Paul Soare appeals the district court's[1] dismissal of his complaint for failure to state a claim and lack of subject matter jurisdiction. Having carefully reviewed the

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

record, we affirm for the reasons stated in the district court's order. *See* 8th Cir. R. 47B.

_____